ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 12:45 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 12:45:53 PM
CHRISTOPHER A. PRINE
Clerk

**ROBERT EDWARD BATTAILE**

Appellant, Pro Se

502 E Eggleston St Unit B, Manor TX 78653

512-662-2955   robert@manortx.us

October 17, 2025

**Honorable Justices of the Fifteenth Court of Appeals**

**RE: Cause No. 15-25-00142-CV –** *Battaile v. Texas Elections Division, et al.* **–**

**Clarification Regarding Number of Defendants**

**To the Honorable Justices of the Fifteenth Court of Appeals:**

This is a direct request for correction. Your October 16, 2025 Order says I "had

sued approximately forty-two defendants." That is **false**. Flat-out false.

The record and my operative filings show far fewer. The exaggerated number

appears to come from someone else's careless wording — and it was simply

**parroted** into your Order. That kind of mistake may look small, but it goes to the

very credibility of appellate review. When a newly established "elite" court repeats

bad facts from one side's paper, it tells citizens that precision and fairness are

optional. This reflects a breakdown in careful review inconsistent with the

standards of justice the Fifteenth Court was created to exemplify.

This Court is still within its plenary authority under **Texas Rule of Appellate Procedure 19.1.** You have full power to fix it — right now — without motions, without delay, without excuses. I'm asking you to do that.

Please correct the record to remove the "forty-two defendants" line and reflect the actual number in my pleadings. Accuracy matters. I expect the amended order or a notation to that effect to be filed promptly. Thank you.

Respectfully,


/s/ Robert Edward Battaile
Robert Edward Battaile
Appellant, Pro Se

**CERTIFICATE OF SERVICE**


I certify that on this 17th day of October 2025, a true and correct copy of the foregoing correspondence was served by e-service through the eFileTexas system on all counsel and parties of record/appellees/defendants, including by mail to Dalfen Industries, Texas A&M Foundation and Maqil Inc.

/s/  Robert Edward Battaile
Robert Edward Battaile, Appellant Pro Se

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106983243
Filing Code Description: Letter
Filing Description: Letter re wrong number of Defendants in Court Order
Status as of 10/17/2025 1:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 10/17/2025 12:45:53 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 10/17/2025 12:45:53 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 10/17/2025 12:45:53 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 10/17/2025 12:45:53 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 10/17/2025 12:45:53 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 10/17/2025 12:45:53 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 10/17/2025 12:45:53 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 10/17/2025 12:45:53 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 10/17/2025 12:45:53 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 10/17/2025 12:45:53 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 10/17/2025 12:45:53 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 10/17/2025 12:45:53 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 10/17/2025 12:45:53 PM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 10/17/2025 12:45:53 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 10/17/2025 12:45:53 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 10/17/2025 12:45:53 PM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 10/17/2025 12:45:53 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 10/17/2025 12:45:53 PM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 10/17/2025 12:45:53 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 10/17/2025 12:45:53 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 10/17/2025 12:45:53 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 10/17/2025 12:45:53 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106983243
Filing Code Description: Letter
Filing Description: Letter re wrong number of Defendants in Court Order
Status as of 10/17/2025 1:01 PM CST

Case Contacts

| Raylynn Howell | | raylynn.howell@bakerbotts.com | 10/17/2025 12:45:53 PM | SENT |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 10/17/2025 12:45:53 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 10/17/2025 12:45:53 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 10/17/2025 12:45:53 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 10/17/2025 12:45:53 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 10/17/2025 12:45:53 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 10/17/2025 12:45:53 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 10/17/2025 12:45:53 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 10/17/2025 12:45:53 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 10/17/2025 12:45:53 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 10/17/2025 12:45:53 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 10/17/2025 12:45:53 PM | SENT |
| Emily Hill | | ehill@manortx.gov | 10/17/2025 12:45:53 PM | SENT |
| Anne Weir | | aweir@manortx.gov | 10/17/2025 12:45:53 PM | SENT |